# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1159
_____

RAHIM TONY PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

September 19, 2022


PER CURIAM.

AFFIRMED.

ROBERTS, MAKAR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Ross Scott Haine II, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.